Barnhart-Morrow Consolidated v. Commissioner.
Barnhart-Morrow Consol. v. Commissioner
Docket No. 105859.
United States Tax Court
1943 Tax Ct. Memo LEXIS 170; 2 T.C.M. (CCH) 635; T.C.M. (RIA) 43364; July 30, 1943
*170 DISNEY
Order DISNEY: The Court having entered its order herein upon December 4, 1942, and certain amounts and figures set forth in paragraph (b) of said order having been inadvertently and erroneously used, it is ORDERED: That paragraph (b) of said order of December 4, 1942, be, and the same is hereby modified to read as follows: (b) The following be included in the findings of fact: "The gross income, operating expenses and net income of petitioner in 1936 and 1937 from the wells shown were as follows: Gross Income *
Operating Expenses
Well No.
1936
1937
1936
1937
1
$84,407.54
$60,222.92
$43,683.20
$ 7,393.66
2
93,577.76
50,648.61
51,184.71
8,004.45
3
80,343.88
38,021.64
49,689.07
8,087.04
11
29,030.10
*** 11,323.87
43,821.86
4,477.39
16
46,981.24
26,783.53
26,292.37
10,723.51
17
48,406.38
29,614.72
22,984.07
8,268.25
Kern Lease
7,673.70
27,920.03
Net Income or Net Loss
Well No.
1936
1937
1
$40,724.34
$52,829.26
2
42,393.05
42,644.16
3
30,654.81
29,934.60
11
** 14,791.76
**15,801.26
16
20,688.87
16,060.02
17
25,422.31
21,346.47
Kern Lease
**20,246.33
*171 It is FURTHER ORDERED: That the parties submit recomputations under Rule 50, in accordance with the findings of fact of this Court as amended and supplemented by this order. Footnotes
*. Gross Income does not include discounts and amounts realized from sales of junk, aggregating $2,073.50, which amounts are not depletable. ↩
***. Loss, of which $11,621.06 carried over as part of loss during trustee operation."↩
**. Net Loss. ↩